█ In the Matter of JAMES LEWIS, Appellant, v BRIAN FISCH-ER, as Commissioner of Corrections and Community Supervision, Respondent. [993 NYS2d 522]—Appeal from a judgment of the Supreme Court (Muller, J.), entered November 22, 2013 in Essex County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review two determinations of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Judgment affirmed. No opinion.

Lahtinen, J.P., McCarthy, Garry, Devine and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.